IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


| | | |
|---|---|---|
| JAMES BRYSON GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:12cv1034-MHT |
| | ) | (WO) |
| WELLS FARGO BANK, N.A., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff filed this lawsuit charging defendants with, among other things, fraud, wrongful conversion, and conspiracy to deprive plaintiff of due process.  This lawsuit is now before the court on the recommendations of the United States Magistrate Judge that defendants' motions to dismiss plaintiff's case be granted.  Also before the court are plaintiff's objections to the recommendations.  After an independent and de novo review of the record, the court concludes that plaintiff's

objections should be overruled and the magistrate judge's recommendations adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of June, 2013.

___/s/ Myron H. Thompson___
UNITED STATES DISTRICT JUDGE