IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


JAMES BRYSON GRAHAM,          )
                              )
     Plaintiff,               )
                              )       CIVIL ACTION NO.
     v.                       )       1:12cv1034-MHT
                              )           (WO)
WELLS FARGO BANK, N.A.,       )
et al.,                       )
                              )
     Defendants.              )

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 54) are overruled.

(2) The United States Magistrate Judge's recommendations (Doc. Nos. 52 & 53) are adopted.

(3) Defendants' motions to dismiss (Doc. No. 13, 18, 21, 25, 29, and 39) are granted.

(4) Defendants' motion for sanctions (doc. no. 25) is denied.

(5) All claims against defendants McLauchlin and Quattlebaum in their official capacities are dismissed without prejudice on grounds of sovereign immunity and lack of subject-matter jurisdiction.

(6) All claims against defendants McLauchlin and Quattlebaum in their individual capacities are dismissed with prejudice on grounds of judicial immunity.

(7) All claims against defendants Well Fargo, Malone, Carn, Godwin, and Petty for conspiracy to deprive plaintiff of due process in violation of 42 U.S.C. § 1983 are dismissed with prejudice for failure to state a claim upon which relief can be granted.

(8) All state-law claims against defendants Wells Fargo, Godwin, and Petty are dismissed without

       prejudice    for    lack    of    subject-matter
       jurisdiction.

(9) Because  there  are  no  other  claims  pending  in
       this  case,  this  case  is  dismissed  in  its
       entirety.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 24th day of June, 2013.

                 /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE